A14A2084, A14A2085. RASER TECHNOLOGIES, INC. et al.
v. MORGAN STANLEY & COMPANY, LLC et al.; and vice versa.
(771 SE2d 517)

PHIPPS, Chief Judge.

In these cases, the following circumstances exist and are dispositive of the appeals:

(1) The evidence supports the judgments;

(2) The judgments of the court below adequately explain the decisions; and

(3) The issues are controlled adversely to the appellants for the reasons and authority given in the appellees' briefs.

---

The judgments of the court below therefore are affirmed in accordance with Court of Appeals Rule 36.

*Judgments affirmed. Ellington, P. J., concurs. McMillian, J., concurs in judgment only.*

DECIDED MARCH 30, 2015.

*Chamberlain Hrdlicka White Williams & Aughtry, Jimmy L. Paul, Drew V. Greene, David N. Dreyer, Scott M. Ratchick,* for appellants.

*Rodgers & Hardin, Richard H. Sinkfield, Dan F. Laney,* for appellees.